UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD LUTZE ,

      Petitioner,           Case No. 07-11227

v.                                    Hon. Avern Cohn

JERI ANN SHERRY,

      Respondent.

## ORDER GRANTING PETITIONER'S MOTION FOR ORAL ARGUMENT

Before the Court is the above referenced motion. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. A hearing on the Petition for Writ of Habeas Corpus is scheduled for **Thursday, February 21, 2008 at 11:00 a.m.**

SO ORDERED.


Dated:  January 10, 2008        s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 10, 2008, by electronic and/or ordinary mail.


                                        s/Julie Owens
                                        Case Manager, (313) 234-5160